United States Bankruptcy Court
District of Massachusetts

FIRST AMENDED CHAPTER 13 PLAN

Filing Date: _____    Docket #: **1:15-bk-11590**_____

Debtor: **French, Lawrence E.**_____    Co-Debtor: ,_____

SS#: **1550**_____    SS#: _____

Address: **83 Shores Street**_____    Address: _____

**Taunton, MA  02780**_____    ,_____

Debtor's Counsel:

**Norman Novinsky
Novinsky & Associates
1350 BELMONT STREET
brockton, MA  02301-4430**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**United States Bankruptcy Court**
**District of Massachusetts**

FIRST AMENDED **CHAPTER 13 PLAN**

Docket No.: **1:15-bk-11590**

DEBTOR(S): (H) **French, Lawrence E.**  SS# **1550**
(W),  SS#

## I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ **250.00** for the term of:

[ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
[X] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
[ ] 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:
[ ] ___ Months. The Debtor states as reasons therefore:

## II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total of secured claims to be paid through the Plan: $ | **0.00** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Seterus** | **Mortgage account opened 12/06 first mortgage** |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:
**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the Plan are _____.

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total of Priority Claims to Be Paid Through the Plan: $ _____ **0.00**

## IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **2,500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **6.00**% of their claims.

A. General unsecured claims: $ **166,783.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Capital One Bank (USA), N.A.** | **Execution** | **16,446.00** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of A + B + C unsecured claims: $ **183,229.00**

D. Multiply total by percentage: $ **11,000.00**.
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total amount of separately classified claims payable at **100**%: $ **0.00**

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT:

A. Secured claims (Section I-A Total): $ **0.00**
B. Priority claims (Section II-A & B Total): $ **0.00**
C. Administrative claims (Section III-A & B Total): $ **2,500.00**
D. Regular unsecured claims (Section IV-D Total): + $ **11,000.00**
E. Separately classified unsecured claims: $ **0.00**
F. Total of a + b + c + d + e above: $ **13,500.00**
G. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: $ **15,000.00**
   (This represents the total amount to be paid into the Chapter 13 Plan)
H. Divide (G), Cost of Plan by, Term of Plan, **60** months
I. Round up to nearest dollar: Monthly Plan Payment: $ **250.00**
(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| Single family residence 83 Shores Street, Taunton, MA | 181,890.00 | 270,890.00 |

Total Net Equity for Real Property:   $     0.00
Less Total Exemptions (Schedule C):   $     0.00
Available Chapter 7:                  $     0.00

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| None | | | |

Total Net Equity:                    $     0.00
Less Total Exemptions (Schedule C):  $     0.00
Available Chapter 7:                 $     0.00

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value:              $    44,317.66
Less Exemptions (Schedule C): $    44,317.66
Available Chapter 7:          $         0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **0.00**.

E. Additional Comments regarding Liquidation Analysis:

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Norman Novinsky                                   June 11, 2015
Debtor's Attorney                                     Date

Attorney's Address:
**Norman Novinsky**
**Novinsky & Associates**
**1350 BELMONT STREET**
**brockton, MA 02301-4430**

Tel. # _____    Email Address: **nnovinsky@msn.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

/s/ Lawrence E. French                                June 11, 2015
Debtor                                                Date
                                                      June 11, 2015
Debtor                                                Date

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAWRENCE E. FRENCH, ) | CHAPTER    13 |
| ) | CASE NO.    15-11590-FJB |
| Debtor ) | |

## CERTIFICATE OF SERVICE RE
## FIRST AMENDED CHAPTER 13 PLAN

I, the undersigned, do hereby certify that on the 26th day of June, 2015, I did serve the First Amended Chapter 13 Plan by mailing copies of same by first-class mail, postage prepaid, or by electronic notice, to the parties indicated on the attached Notice List.

/s/ Norman Novinsky
Norman Novinsky, BBO #374760
Novinsky & Associates
1350 Belmont Street, Suite 104
Brockton, MA 02301
(508) 559-1616
Email: nnovinsky@msn.com

## NOTICE LIST

U. S. BANKRUPTCY COURT
J.W. MCCORMACK POST OFFICE & COURT HOUSE
5 POST OFFICE SQUARE, SUITE 1150
BOSTON, MA 02109-3945

JOHN FITZGERALD, OFFICE OF THE U.S. TRUSTEE
J.W. MCCORMACK POST OFFICE & COURT HOUSE
5 POST OFFICE SQUARE, 10TH FLOOR, SUITE 1000
BOSTON, MA 02109

CAROLYN A. BANKOWSKI
CHAPTER 13 OFFICE
P.O. BOX 8250
BOSTON, MA 02114-0033

LAWRENCE E. FRENCH
83 SHORES STREET
TAUNTON, MA 02780

CAPITAL ONE BANK (USA), N.A.
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

CITI
P.O. BOX 6241
SIOUX FALLS, SD 57117

FORNI BROTHERS OIL
563 SPRING STREET
EAST BRIDGEWATER, MA 02333

JULIE B. SOLOMON, ESQUIRE
SOLOMON AND SOLOMON, P.C.
5 COLUMBIA CIRCLE
P.O. BOX 15019
ALBANY, NY 12212-5019

NATIONAL GRID
P.O. BOX 1005
WOBURN, MA 01807

SETERUS
P.O. BOX 2008
GRAND RAPIDS, MI 49501

SOVEREIGN BANK
15 WESTMINSTER STREET
PROVIDENCE, RI 02903

SOVEREIGN BANK FSB
1130 BERKSHIRE BLVD.
WYOMISSING, PA 19610

VASSILIKI FRENCH
83 SHORES STREET
TAUNTON, MA 02780

WELLS FARGO DEALER SERVICES
P.O. BOX 25341
SANTA ANA, CA 92799-5341